AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Personal Property of Turliscea Turner, Stored at West<br>Tennessee Detention Facility/CoreCivic/CCA | )<br>)<br>)<br>)    Case No.   21-SW-076<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
SEE ATTACHMENT A which is attached hereto and fully incorporated herein by reference

located in the _____Western_____ District of _____Tennessee_____ , there is now concealed *(identify the person or describe the property to be seized)*:
SEE ATTACHMENT A which is attached hereto and fully incorporated herein by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(a)(1) | Kidnapping |

The application is based on these facts:
SEE ATTACHMENT B, AFFIDAVIT OF SPECIAL AGENT KEYOTTA SANFORD in support of Application for Search Warrant, wihch is attached hereto and fully incorporated herein by reference

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Keyotta Sanford, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____Telephone  and email_____ *(specify reliable electronic means)*

Date:   February 9, 2021
~~02/08/2021~~

_____
*Judge's signature*

City and state:  Memphis, TN

Chief U.S. Magistrate Judge Tu M. Pham
*Printed name and title*